UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALVIN F. PATTERSON,<br>        Petitioner,<br>    v.<br>TIM VIRGA, warden,<br>        Respondent.<br>                                / | No. C 12-1883 SI (pr)<br><br>**ORDER EXTENDING DEADLINES** |

Respondent filed an *ex parte* request for a thirty-day extension of time to file a dispositive motion. Upon due consideration of the request and the accompanying declaration of attorney Michele Swanson, the court GRANTS the request. (Docket # 6.) Respondent's motion to dismiss filed on October 15, 2012 is deemed to have been timely filed. The court now sets the following new briefing schedule on the motion:

1. Petitioner must file and serve on respondent's counsel his opposition to the dispositive motion no later than **December 10, 2012**.

3. Respondent must file and serve his reply brief (if any) no later than **December 28, 2012**.

IT IS SO ORDERED.

DATED: November 8, 2012

                                                        SUSAN ILLSTON<br>
                                                        United States District Judge